# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 1

| | |
|---|---|
| Case No.: | 20-00855-MH3-7 |
| Case Name: | RIVERWOOD CABINS, LLC |
| For the Period Ending: | 03/31/2020 |

| | |
|---|---|
| Trustee Name: | Michael Gigandet |
| Date Filed (f) or Converted (c): | 02/10/2020 (f) |
| §341(a) Meeting Date: | 04/06/2020 |
| Claims Bar Date: | 06/24/2020 |

| Ref. # | 1<br>Asset Description<br>(Scheduled and<br>Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Value | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Franklin Synergy Bank Account checking 4773 | $796.84 | $0.00 | | $0.00 | FA |
| 2 | Security Deposit for Lebanon Lease | $29,755.73 | $29,755.73 | | $0.00 | $29,755.73 |
| 3 | Accounts Receivable | $44,791.76 | $44,791.76 | | $0.00 | $44,791.76 |
| 4 | Raw Materials | $104,395.61 | $104,395.61 | | $0.00 | $104,395.61 |
| 5 | Work in Progress | $5,282.00 | $5,282.00 | | $0.00 | $5,282.00 |
| 6 | Finished good, including goods held for resale | $29,625.00 | $29,625.00 | | $0.00 | $29,625.00 |
| 7 | Office Furniture | $500.00 | $500.00 | | $0.00 | $500.00 |
| 8 | Tools | $94,850.00 | $94,850.00 | | $0.00 | $94,850.00 |
| 9 | Lease of improved real property at 704 Briskin Lane Lebanon, TX 37087 | Unknown | $0.00 | | $0.00 | FA |
| 10 | The Debtor has made inter-compny unsecured loans or advances to Woodtex, LLC (EIN 47-2480284: mailing address 1113 Mufreesboro road, Suite 106+338, Franklin TX 37064) and has received some cash transfers in return. the net amount due to the Debtor, if any, is undetermined and subject to an accounting and rights of setoff may apply | Unknown | $1.00 | | $0.00 | $1.00 |
| Asset Notes: | A minimal value has been assigned to this asset for administrative purposes only. | | | | | |
| 11 | Refund (u) | $0.00 | $156.00 | | $0.00 | $156.00 |

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** |
|---|---|---|---|
| $309,996.94 | $309,357.10 | $0.00 | $309,357.10 |

**Major Activities affecting case closing:**

04/14/2020    The trustee is working with a secured lender and an auctioneer to arrange for the sale of assets. The MOC is set for late April.

**Initial Projected Date Of Final Report (TFR):** 12/31/2021    **Current Projected Date Of Final Report (TFR):** 12/31/2021

/s/ MICHAEL GIGANDET
MICHAEL GIGANDET

Case 3:20-bk-00855    Doc 66    Filed 05/04/20    Entered 05/04/20 11:24:33    Desc Main
Document    Page 1 of 1