IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:
RIVERWOOD CABINS, LLC,

    Debtor.

CASE NO. 20-00855-MH3-7
CHAPTER 7
JUDGE MARIAN HARRISON

## TRUSTEE'S FIRST REPORT OF SALE

The trustee, Michael Gigandet, makes the following report of sale of the debtor's assets (listed in detail in the debtor's bankruptcy petition), in public on-line auction on or about June 11, 2020. Notice of this sale was provided to all creditors and parties in interest by Trustee's Notice of Motion to Sell Property mailed on May 1, 2020 and by signature below, the trustee hereby certifies that there were no objections to the sale. The order authorizing the sale was entered on May 15, 2020.

Sale documents can be found filed on-line in this case.

The debtor is not entitled to an exemption from the sale of this property.

Gross proceeds totaled $54,954.69. The credit card company deducted $1,387.14 for processing costs. Sales taxes totaling $3,335.91 were collected in addition to the sales price and paid to the State of New York. The estate received the sum of $53,567.55.

On July 30, 2020 the auctioneer commission was paid in the amount of $8,243.20 representing 15% of $54,954.69. The estate retained a net of $45,324.35.

The proceeds of this sale were incorrectly deposited into a related case, Woodtex, LLC, 20-01335 but were transferred to Riverwood Cabins, LLC account on August 24, 2020.

Respectfully submitted,

**LAW OFFICE OF MICHAEL GIGANDET**
**/s/ Michael Gigandet**

_____
Michael Gigandet, Trustee #11498
208 Centre Street
Pleasant View, TN 37146
615-746-4949
Fax: 615-746-4950
michael@mgigandet.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's First Report of Sale has been forwarded to the U. S. Trustee, 318 Customs House, 701 Broadway, Nashville, TN 37203, on this the 23rd day of Sept., 2020.

**/s/Michael Gigandet**

_____
Michael Gigandet

McLemore Auction Company, LLC
470 Woodycrest Ave
Nashville, TN 37210
(615) 517-7675

| Report Date: | July 20, 2020 |
|---|---|
| Trustee: | Michael Gigandet |
| Case: | 20-01335-MH3-7 |
| Debtor: | Woodtex, LLC & Associated Entities |
| Auction Code: | 589-Himrod-Tools |

**Part A: Itemized Statement of Property Sold**

| Lot # | Title | Buyer | Price |
|---|---|---|---|
| 1 | Adjustable Fork Mounted Crane by Titan Manufacturing | 91538 | $830.50 |
| 2 | Adjustable Fork Mounted Crane by Titan Manufacturing | 91538 | $825.00 |
| 3 | Workstation with 12' Dewalt Miter Saw | 92438 | $396.00 |
| 4 | Workstation with 12' Dewalt Miter Saw | 92239 | $291.50 |
| 6 | Workstation with 12' Dewalt Miter Saw | 92239 | $396.00 |
| 7 | Custom-Made Cutting Station with (3) 12' Bosch Miter Saws | 91363 | $1,543.30 |
| 8 | 10&#39; Ladder by Werner | 91850 | $198.00 |
| 9 | 10&#39; Ladder by Werner | 91850 | $209.00 |
| 10 | 10&#39; Ladder by Werner | 92270 | $137.50 |
| 11 | Pair of Extension Ladders by Werner | 91850 | $253.00 |
| 12 | Assortment of Ladders by Werner | 92270 | $203.50 |
| 13 | Assortment of Ladders by Werner | 92434 | $214.50 |
| 14 | Assortment of Ladders by Werner | 92270 | $198.00 |
| 15 | Assortment of Ladders by Werner | 91135 | $198.00 |
| 16 | Assortment of Ladders by Werner | 91038 | $165.00 |
| 17 | Heavy Duty Ladder by Werner | 91850 | $214.50 |
| 18 | 18' Wood Band Saw by Grizzly with Mobile Base | 92443 | $507.10 |
| 19 | 12' Left Tilting Table Saw by Grizzly | 91538 | $852.50 |
| 20 | Table Saw by General with Mobile Base | 92307 | $319.00 |
| 21 | 10' Table Saw by SawStop | 92307 | $1,788.60 |
| 22 | 10' Hybrid Table Saw by Grizzly with Mobile Base | 92239 | $743.60 |
| 30 | 8' x 72' 4-Knife Cutterhead Jointer with Mobile Base | 92200 | $561.00 |
| 31 | 8' Jointer by Grizzly with Mobile Base | 92194 | $561.00 |
| 32 | 17' Floor Mount Drill Press by Klutch | 92402 | $463.09 |
| 33 | Heavy Duty Gearhead Drill Press by Grizzly | 92443 | $1,292.50 |
| 34 | Shop Fan | 92239 | $297.00 |
| 35 | Shop Fan | 92239 | $258.50 |
| 36 | 120 Gallon Air Compressor by Ingersoll Rand | 92270 | $1,705.00 |
| 37 | 120 Gallon Air Compressor by Ingersoll Rand | 91363 | $852.50 |
| 38 | 2001 85K Watt Propane Generator | 91034 | $1,127.50 |
| 39 | 5 HP 3 Phase Cyclone Dust Collector by Grizzly | 92270 | $852.50 |
| 40 | 3 HP Cyclone Dust Collector by Grizzly | 92415 | $687.50 |
| 41 | Air Lift by Gray | 91818 | $154.00 |
| 42 | Forklift Hoist Attachment | 91038 | $40.70 |
| 43 | Pair of Building Dollies | 91308 | $368.50 |
| 46 | (3) Metal Frame Stands | 90505 | $9.90 |
| 47 | (3) Metal Frame Stands | 90505 | $8.81 |
| 48 | Semi Receiver Forklift Attachment | 91038 | $5.50 |
| 60 | Industrial Cart with Hot & Cold Waterlines by SharkBite | 13261 | $308.00 |
| 61 | Pallet of Insulation | 91850 | $159.50 |
| 62 | Pallet of Insulation | 92261 | $385.00 |
| 63 | Pallet of Insulation | 92261 | $341.00 |
| 64 | Pallet of Insulation | 92424 | $561.00 |
| 65 | Pallet of Insulation | 91843 | $451.00 |
| 66 | Pallet of Insulation | 92424 | $159.50 |
| 67 | Pallet of Insulation | 91843 | $319.00 |
| 68 | Pallet of Insulation | 91843 | $122.10 |

| | | | |
|---|---|---|---|
| 69 | Pallet of Lumber | 92173 | $687.50 |
| 70 | Pallet of Wood Siding | 92173 | $852.50 |
| 71 | Pallet of Wood Railing & Bases | 92089 | $159.50 |
| 72 | Pallet of White Wash & Clear Coat Lumber | 91850 | $632.50 |
| 73 | (2) Pallets of Lumber | 92191 | $616.00 |
| 74 | (2) Pallets of Lumber | 92431 | $671.00 |
| 75 | (5) Doors | 91363 | $451.00 |
| 76 | Pair of Windows | 92413 | $137.50 |
| 77 | Pair of Windows | 91673 | $122.10 |
| 78 | Pair of Windows | 91760 | $104.50 |
| 79 | Pair of Windows | 92439 | $104.50 |
| 80 | Pair of Windows | 92439 | $104.50 |
| 82 | Pair of Windows | 92089 | $106.70 |
| 83 | Pair of Windows | 92192 | $82.50 |
| 84 | Pair of Windows | 92226 | $126.78 |
| 85 | Pair of Windows | 92226 | $110.00 |
| 100 | Contents of Shelf | 91850 | $374.00 |
| 150 | Assortment of Hand Tools | 92270 | $99.00 |
| 151 | Assortment of Hand Tools | 92434 | $99.00 |
| 152 | Assortment of Hand Tools | 91760 | $77.00 |
| 153 | Assortment of Hand Tools | 91135 | $71.50 |
| 154 | Assortment of Hand Tools | 91678 | $28.05 |
| 155 | Assortment of Hand Tools | 92270 | $82.50 |
| 156 | Assortment of Hand Tools | 92226 | $82.50 |
| 157 | Hammer Drill by Bosch | 92270 | $77.00 |
| 158 | Laser Level System by Johnson | 92268 | $330.00 |
| 159 | Assortment of Drill Bits | 92089 | $110.00 |
| 160 | Assortment of Hand Tools | 26927 | $145.20 |
| 161 | Assortment of Hand Tools | 92226 | $24.20 |
| 162 | Assortment of Screw Drivers | 92270 | $55.00 |
| 163 | Assortment of Shop Tools | 92434 | $23.10 |
| 165 | Assortment of Battery Powered Hand Tools by Makita | 92270 | $287.09 |
| 166 | Assortment of Battery Powered Hand Tools by Makita | 92270 | $187.00 |
| 167 | Assortment of Battery Powered Hand Tools by Makita | 92270 | $165.00 |
| 168 | Assortment of Battery Powered Hand Tools by Makita | 92270 | $231.00 |
| 169 | Assortment of Battery Powered Hand Tools by Makita | 92270 | $146.30 |
| 170 | Assortment of Battery Powered Hand Tools by Makita | 92270 | $124.30 |
| 171 | Assortment of Battery Powered Hand Tools by Makita | 92270 | $60.50 |
| 172 | Assortment of Battery Powered Hand Tools by Makita | 92270 | $77.00 |
| 173 | Assortment of Battery Powered Hand Tools by Makita | 92270 | $99.00 |
| 174 | Assortment of Power Tools | 92270 | $18.70 |
| 176 | Assortment of Power Tools by Dewalt | 91843 | $78.10 |
| 177 | Milwaukee Battery Charger | 92400 | $44.00 |
| 178 | Grinder by Chicago Electric | 92241 | $20.90 |
| 181 | Assortment of Power Tools | 90783 | $165.00 |
| 182 | Makita Battery Charger | 92270 | $99.00 |
| 183 | Pair of Dewalt Skil Saws | 92309 | $56.10 |
| 184 | Pallet of Self Adhesive Elastomer Membrane | 92412 | $341.00 |
| 185 | (3) Pallets of Trusses | 91843 | $385.00 |
| 186 | Pallet of Plywood | 92226 | $225.50 |
| 187 | Pallet of Inter Locking Wood Panels | 91843 | $396.00 |
| 188 | Assortment of Plumbing Supplies | 91850 | $286.00 |
| 189 | Assortment of Lights & Ventilation Fans | 91850 | $408.10 |
| 190 | Assortment of Sinks | 92261 | $341.00 |
| 191 | Pallet of Lumber | 92143 | $225.50 |
| 192 | Dumpster Hopper | 92239 | $517.06 |
| 193 | Dumpster Hopper | 90618 | $539.00 |
| 194 | Dumpster Hopper | 92239 | $286.00 |
| 195 | Large Lumber Beams & Storage Structure | 92173 | $3,795.00 |
| 196 | Large Wooden Bin with Electrical Supplies | 92444 | $214.50 |
| 197 | Contents of Workstation | 91363 | $418.00 |
| 198 | Lumber Materials Lot | 91115 | $60.50 |
| 199 | Plumbing Materials Lot | 91850 | $286.00 |

| | | | |
|---|---|---|---|
| 200 | Electrical Materials Lot | 91850 | $253.00 |
| 201 | Lumber Materials Lot | 91843 | $265.10 |
| 202 | Contents of Workstation | 91760 | $286.00 |
| 203 | Assortment of Cali-Bamboo Flooring | 13261 | $451.00 |
| 204 | Assortment of Insulation | 13261 | $165.00 |
| 205 | Table Saw by PowerMatic | 92239 | $1,540.00 |
| 206 | Contents of Room | 91850 | $698.50 |
| 207 | Heavy Duty Drill by Milwaukee with Station | 92270 | $891.00 |
| 208 | Assortment of Siding Boards | 91131 | $352.00 |
| 209 | Lumber Materials Lot | 92406 | $286.00 |
| 210 | Assortment of Windows & Doors | 91843 | $715.00 |
| 215 | 12' Miter Saw by Dewalt | 92309 | $203.50 |
| 216 | Retractable Air Hose by Reelcraft | 92239 | $198.00 |
| 217 | Retractable Air Hose by Reelcraft | 92239 | $209.00 |
| 218 | Retractable Air Hose by Reelcraft | 92239 | $214.50 |
| 219 | Retractable Air Hose by Reelcraft | 92239 | $198.00 |
| 220 | Retractable Air Hose by Reelcraft | 92270 | $220.00 |
| 221 | Retractable Air Hose by Reelcraft | 92270 | $220.00 |
| 222 | Retractable Air Hose by Reelcraft | 92239 | $176.00 |
| 223 | Retractable Air Hose by Reelcraft | 92239 | $176.00 |
| 225 | Retractable Electric Cord | 92270 | $115.50 |
| 226 | Retractable Air Hose by Reelcraft | 92239 | $176.00 |
| 227 | Retractable Air Hose by Reelcraft | 92239 | $198.00 |
| 228 | Retractable Air Hose by Reelcraft & Electric Cord | 92269 | $232.10 |
| 229 | Retractable Air Hose by Reelcraft | 92268 | $242.00 |
| 230 | Retractable Water Hose by BlueBird | 92269 | $176.00 |
| 231 | Retractable Water Hose by BlueBird | 91157 | $193.60 |
| 232 | Retractable Water Hose by BlueBird | 91135 | $176.00 |
| 233 | Fiberglass Shower Mold | 92439 | $308.00 |
| 234 | Table Saw by PowerMatic | 92239 | $495.00 |
| 235 | Mobile Table Saw by Bosch | 91135 | $176.00 |
| 236 | Mobile Table Saw by Bosch | 91157 | $143.00 |
| 237 | 12' Miter Saw by Dewalt | 92239 | $465.29 |
| 238 | Drill by Dewalt | 26927 | $137.50 |
| 239 | Retractable Water Hose by Bluebird | 92268 | $209.00 |
| 240 | Jig Saw & Palm Sander by Makita | 92270 | $110.00 |
| 241 | Power Saw by Makita | 92270 | $82.50 |
| 242 | Assortment of Hand Tools by Makita | 26927 | $352.00 |
| 243 | Makita Charging Station | 92270 | $40.70 |
| 244 | 16&#39; Grading Attachment | 92413 | $242.00 |
| 245 | Assorted Generators & Compressors | 92434 | $258.50 |
| 246 | (2) Pallets of Lumber | 92406 | $605.02 |
| 247 | Pair of Truck Wheels & Tires | 92331 | $18.70 |
| 248 | Sanding Station by Grizzly | 92406 | $93.50 |
| 249 | Pallet of Lumber | 92404 | $166.10 |
| 250 | Custom Made Press Table | 91818 | $176.00 |
| 251 | Drill Press by Shop Fox | 92438 | $287.10 |
| 252 | Copy Machine by Xerox | 91850 | $825.00 |
| 253 | Wooden Bench | 91678 | $66.00 |
| 254 | Pair of Monitors | 91850 | $82.50 |
| 255 | Curved Monitor on Stand by Samsung | 91850 | $60.50 |
| 256 | 27' Monitor by HP | 92413 | $88.00 |
| 257 | Pair of Office Chairs | 92331 | $143.00 |
| 258 | Monitor by LG | 91157 | $55.00 |
| 259 | Wall Clock | 92143 | $16.50 |
| 260 | Pair of Office Chairs | 92239 | $143.00 |
| 262 | Half Mask Respirator by Saftey Works | 26927 | $16.51 |
| | | | **$54,954.69** |

**Part C: Number of Participating Bidders and Other Statistics**

| | |
|---|---|
| Start Time: | Friday, June 26, 2020 at 01:00 pm CT |
| End Time: | Thursday, July 16, 2020 at 01:00 pm CT |

| | | | | |
|---|---|---|---|---|
| Last Item Closing Time: | Thursday, July 16, 2020 at 01:59 pm CT | | | |
| No. of Items: | 171 | | | |
| Bids vs. No Bids: | 171 items (100%) with bids / 0 items (0%) with no bids | | | |
| Number of Bidders: | 155 | | | |
| Winning Bidders: | 52 | | | |
| Pageviews: | 27,893 | | | |
| Unique Pageviews: | 20,375 | | | |

**Part D: Name of Each Buyer**

| Bidder Number | Customer First Name | Customer Last Name | City | State |
|---|---|---|---|---|
| 13261 | Lewis | Fox | Himrod | New York |
| 26927 | Dawn | Kane | Brentwood | Tennessee |
| 90505 | Robert | Neu | Dundee | New York |
| 90618 | Matt | Byler | New Columbia | Pennsylvania |
| 90783 | Clarence | Hoover | Himrod | New York |
| 91034 | Marc | Hamilton | Rochester | New York |
| 91038 | Clair | Zimmerman | Dundee | New York |
| 91115 | todd | schoonover | corning | New York |
| 91131 | Stephen | Ansley | Geneva | New York |
| 91135 | Lawrence | Hoover | Himrod | New York |
| 91157 | John | zook | Lewisburg | Pennsylvania |
| 91308 | Jody | Applebee | Branchport | New York |
| 91363 | Jason | Eby | Abbeville | South Carolina |
| 91538 | Emanuel | Peachey | Loganton | Pennsylvania |
| 91673 | Joe | Scofero | Webster | New York |
| 91678 | Joseph | Dombroski Jr | Dundee | New York |
| 91760 | Jon | Crumley | Hilton | New York |
| 91818 | Ryan | Eby | Dundee | New York |
| 91843 | Terri | Kelly | Watkins Glen | New York |
| 91850 | Rodney | Smoker | Himrod | New York |
| 92089 | Charles | Roth | Watkins Glen | New York |
| 92143 | Joel | Westfall | Dundee | New York |
| 92173 | Martin | Wojcik | Watkins Glen | New York |
| 92191 | Wendy | Ester Presher | Clifton Springs | New York |
| 92192 | randy | hoad | hammondsport | New York |
| 92194 | Don | Voorhees | Horseheads | New York |
| 92200 | Christopher | Williammee | Lawrenceville | Pennsylvania |
| 92226 | Patricia | Smith | Himrod | New York |
| 92239 | Matt | Fisher | Gorham | New York |
| 92241 | Michael | Adams | Freeville | New York |
| 92261 | Deadra | Bahl | Towanda | Pennsylvania |
| 92268 | Maurice Pierre | Friedrichs | East Chatham | New York |
| 92269 | Nick | Carleton | Rochester | New York |
| 92270 | Tyler | Ponko | Lima | New York |
| 92307 | Jim | Landry | Leroy | New York |
| 92309 | Austin | Lapp | Keuka Park | New York |
| 92331 | Nathan | Harkness | GILLETT | Pennsylvania |
| 92400 | Roger | Smalley | Alpine | New York |
| 92402 | Loren | Martin | Dundee | New York |
| 92404 | Nathan | Riehl | Himrod | New York |
| 92406 | james | alexander | HONEOYE FALLS | New York |
| 92412 | Bill | Dombroski | Dundee ny | New York |
| 92413 | Joel | LaBarr | Montour Falls | New York |
| 92415 | Michael | Donegan | Geneseo | New York |
| 92424 | Andrew | Lonthair | Honeoye Falls | New York |
| 92431 | Paul | Knapp | Preble | New York |
| 92434 | Thomas | Landis | Dundee | New York |
| 92438 | Roland | Ladieu | Trumansburg | New York |
| 92439 | Patricia | Ansley | Harpursville | New York |
| 92442 | Scott | Wagner | Webster | New York |
| 92443 | Jason | Kantak | Baldwinsville | New York |
| 92444 | Fred | Fitch | Montour falls | New York |

**Part E: Price Received for Each Item or Lot**

See Part A above.

**Part F: Date of Sale**

See Part C above.

**Part G: Time and Place of Sale**

See Part C above.

**Part H: Opening and Closing Dates and Time of Sale**

See Part G Above.

**Part I: Calculation of Compensation Under Appointment Order**

(1) Ten percent (10%) of gross proceeds for real property and vehicles–including cars, trucks, trailers, all-terrain vehicles, boats, aircraft, farm machinery and implements, and earth moving equipment; or (2) Twenty-five percent (25%) of the first $40,000 of gross proceeds for other personal property and fifteen percent (15%) thereafter.

|  | Total Sales | Commission Due |
|---|---|---|
| Total Sales at 10% Rate | $0.00 | $0.00 |
| Total Sales at 25% Rate | $0.00 | $0.00 |
| Total Sales at 15% Rate | $54,954.69 | $8,243.20 |
| Commission Due |  | $8,243.20 |

Note: As in all of our auctions, we collected a 10% Buyer's Premium on this auction. We have not retained any portion of the Buyer's Premium. Instead, we have included it in the "Total Sales" outlined above.

**Payment Summary**

| Gross Sales by Payment Method |  | Processing Costs | Net Received by MAC in Escrow Account |
|---|---|---|---|
| Cash | $0.00 | $0.00 | $0.00 |
| Check | $997.92 | $0.00 | $997.92 |
| Credit Card | $46,622.37 | $1,387.14 | $45,235.23 |
| Wire Transfer | $7,334.40 | $0.00 | $7,334.40 |
| Total | $54,954.69 | $1,387.14 | $53,567.55 |

Note: We are remitting $53,567.55 to the Trustee with this report. This is 100% of the auction proceeds we have received for this auction. We do not receive 100% of the gross amount paid for by credit card. The credit card processor remits the net amount to us after deducting processing costs.

**Part J: Advertising**

We conducted a strategic advertising campaign to promote this auction. We advertised the auction on our website at mclemoreauction.com and on Facebook. We also included the auction in our weekly email newsletter, "This Week at McLemore Auction" which is sent to approximately 24,000 individuals weekly.

**Part K: Other Expenses**

No other expenses for this auction.

**Note Regarding Sales Tax:**

We collected $3,335.91 in sales tax in NY and will remit this tax to the State of NY as required by law.

Gross sales amounts reflected above do not include sales tax.

If you're having trouble viewing this email, you may see it online.

<u>**Share This**</u>
July 14, 2020

## This Week at McLemore Auction Company



## FINAL NOTICE

### The Complete Liquidation of Marché Artisan Foods Located in East Nashville

**Public Inspection: Tuesday, July 14 from 12:00 - 2:00 PM**
**Closes Wednesday, July 15 at 1:00 PM CT**

*1000 Main St, Nashville, TN 37206*



## FINAL NOTICE

### HD TVs, Designer Watches, Sunglasses, Appliances, Home Goods, Toys, Automotive Accessories and More From a Columbia, TN Wholesaler

**Closes Wednesday, July 15 at 2:00 PM CT**

*1412 Trotwood Ave, Ste 20, Columbia, TN 38401*



## FINAL NOTICE

### Tools, Ladders and Building Materials in Himrod, NY Woodtex Bankruptcy Auction

**Public Inspection: Wednesday, July 15 from 12:00 - 4:00 PM ET**
**Closes Thursday, July 16 at 1:00 PM CT / 2:00 ET**

*3700 NY-14, Himrod, NY 14842*





## FINAL NOTICE

### 2006 Mercedes R350

**Public Inspection: Thursday, July 16 at 11:00 AM sharp**
**Closes Thursday, July 16 at 2:00 PM CT**

*470 Woodycrest Ave, Nashville, TN 37210*



## FINAL NOTICE

### 2000 Ford F-550 Cargo Truck with a
### Triton 6.8L V10 SOHC 20V Engine and a Lift Gate

**Public Inspection: Wednesday, July 15 at 4:00 PM sharp or by appointment.**
**Closes Thursday, July 16 at 3:00 PM CT**

*470 Woodycrest Ave, Nashville, TN 37210*



## ONLINE AUCTION ANNOUNCEMENT

### HD TVs, Designer Watches, Sunglasses, Appliances, Tools,
### Exercise Equipment, Computer and Audio Equipment, Home
### Goods, Toys, Automotive Accessories and Collectible Coins
### From a Columbia, TN Wholesaler



## ONLINE AUCTION ANNOUNCEMENT

### Custom Furniture and Cabinets, Materials, Hardware, Tools, Equipment, Guitars and More
### From a Woodworking Studio in Centerville, TN

**Closes Wednesday, July 22 at 3:00 PM CT**

*1046 Debolt Ln, Centerville, TN 37033*





## ONLINE AUCTION ANNOUNCEMENT

### Large Quantity of Furniture
### From Williams-Sonoma, West Elm and Pottery Barn

**Closes Friday, July 24 at 1:00 PM CT**

*2607 Cruzen St, Nashville, TN 37211*



## ONLINE AUCTION ANNOUNCEMENT

Case 3:20-bk-00855    Doc 104    Filed 09/23/20    Entered 09/23/20 11:35:28    Desc Main
Document     Page 12 of 25

**Closes Friday, July 24 at 2:00 PM CT**

*9461 Old Baxter Hwy, Baxter, TN 38544*



## ONLINE AUCTION ANNOUNCEMENT

### Surplus Furniture, Photographic Equipment, Audio Equipment, Tools, Office Supplies and More
### From McLemore Auction Company, LLC

**Closes Friday, July 24 at 3:00 PM CT**

*470 Woodycrest Ave, Nashville, TN 37210*



Subscribe      Past Issues                                                                    Translate ▼

    

## ONLINE AUCTION ANNOUNCEMENT

## 19 Waterfront Lots, 19 Waterview Lots and
## 25.8± Acres in 2 Tracts in Hardin County, TN near Counce, TN

**Closes Wednesday, July 29 at 12:00 PM CT**

*Leath Road, Hardin County, TN 38326*



## ONLINE AUCTION ANNOUNCEMENT

## 1969 Corvette Stingray (C3)

**Closes Wednesday, July 29 at 2:00 PM CT**

*470 Woodycrest Ave, Nashville, TN 37210*



## ONLINE AUCTION ANNOUNCEMENT

## Crown Electric Forklift, Lathe, Sand Blasting Cabinet, Concrete Saw, Tools, Building Materials, Furniture, Electronics and More

**Closes Thursday, July 30 at 2:00 PM CT**

*4703 Tennessee Ave, Nashville, TN 37209*



## ONLINE AUCTION ANNOUNCEMENT

### 86.369± Acres in 4 Waterfront Tracts on the Tennessee River Near Savannah and Clifton, TN

**Closes Thursday, August 6 at 1:00 PM CT**

*Massey Ln, Hardin County, TN 38372*



## CURRENT AUCTIONS

### 2013 Jeep Wrangler Custom

**Closes Wednesday, July 22 at 2:00 PM CT**

*1412 Trotwood Ave, Ste 20, Columbia, TN 38401*

Case 3:20-bk-00855    Doc 104    Filed 09/23/20    Entered 09/23/20 11:35:28    Desc Main
Document    Page 15 of 25



## Tools, Equipment, Trailers and Materials in Himrod, NY Woodtex Bankruptcy Auction

**Closes Thursday, July 23 at 1:00 PM CT / 2:00 PM ET**

*3700 NY-14, Himrod, NY 14842*



## Ventilation System, Saws, Planers, Drill Press, Air Compressors, Power and Hand Tools From a Nashville, TN Woodworker

**Closes Thursday, July 23 at 2:00 PM CT**

*223 Raymond St, Nashville, TN 37211*

Subscribe    Past Issues    Translate ▼



## Rifles, Shotguns, Pistols, Stock, Ammunition and Knives From a Hartsville, TN Collector

**Closes Thursday, July 23 at 3:00 PM CT**

*470 Woodycrest Ave, Nashville, TN 37210*



## 657± sf Studio Condominium in Wessex Towers

**Closes Thursday, August 6 at 12:00 PM CT**

*6666 Brookmont Terrace, Nashville, TN 37205*



A 10% Buyer's Premium applies to all auctions unless otherwise indicated.

In order to comply with CDC Guidelines and state governors' orders, McLemore Auction Company, LLC has instituted a pick up by appointment system for auctions. Please be prepared to comply with instructions from Auction Managers, stay 6 feet away from others, and wear a mask to inspections and removals. We appreciate your patience and cooperation during this time.

McLemore Auction Company, LLC will no longer accept cash as payment for auction purchases.

McLemore Auction Company, LLC
470 Woodycrest Avenue · Nashville, TN 37210
(615) 517-7675 · info@mclemoreauction.com
Tennessee Firm #5241

©2020

Sent to will@mclemoreauction.com — *why did I get this?*
unsubscribe from this list | update subscription preferences



## Ad Preview


 **McLemore Auction Company, LLC**    •••
Sponsored · 🌐

Last chance! Woodtex has gone out of business
and we're liquidating tools, ladders, equipment &
materials in Himrod, NY.



MCLEMOREAUCTION.COM
**Bid Today**                          ⸢ LEARN MORE ⸣
Online auction ends July 16

👍 5                    2 Comments  5 Shares

👍 Like        💬 Comment        ↪ Share



# Tools, Ladders and Building Materials in Himrod, NY - Woodtex Bankruptcy Aucti (171)

All items closed

McLemore Auction Company, LLC will sell power and hand tools, saws, jointers, drill presses, a dust collection system, an air compressor, a generator, shop fans, ladders, insulation, lum doors, windows and more located in Himrod, NY to the highest bidders, regardless of price at absolute online auction. This auction is for Michael Gigandet, Trustee for Woodtex, LLC in Bankruptcy Case 20-01335-MH3-7. Bidding will end at 1:00 PM CT / 2:00 PM ET.

**Auction Manager:**
Blake Kimball
(615) 686-1954
blake@mclemoreauction.com

Bid Gallery   Dates & Times   Locations   Terms & Conditions   Categories   My Favorites                     Cata



**0007** 

Custom-Made Cutting Station with (3) 12" Bosch Miter Saws    Edit    Closed    jumboshrimp    $1,403.(

- (All) Tested & Working
- Sales tax of 8.00% will be charged on this item _after_ the 10% buyers premium is added.



🖼️ 🎥 🔁 📇 ☆

---

**0008**

10' Ladder by Werner    Edit    Closed    Loobysmoke    $180.0(

- Sales tax of 8.00% will be charged on this item _after_ the 10% buyers premium is added.

🖼️ 🔁 📇 ☆

---

**0009** 

10' Ladder by Werner    Edit    Closed    Loobysmoke    $190.0(

- Sales tax of 8.00% will be charged on this item _after_ the 10% buyers premium is added.

**Lot #   Photo (Off)**

**Title**      **Time Remaining**   **High Bidder**    **Current**

 🖼️ 🔁 📇 ☆

---

**0010** 

10' Ladder by Werner    Edit    Closed    Info@bearsplaygrounds.com   $125.0(

- _Damage Alert_ - Hinge
- Sales tax of 8.00% will be charged on this item _after_ the 10% buyers premium is added.

  🖼️ 🔁 📇 ☆

---

**0011** 

Pair of Extension Ladders by Werner    Edit    Closed    Loobysmoke    $230.0(

- Sales tax of 8.00% will be charged on this item _after_ the 10% buyers premium is added.

  🖼️ 🔁 📇 ☆

| 0012 |  | Assortment of Ladders by Werner<br>• Sales tax of 8.00% will be charged on this item _after_ the 10% buyers premium is added.<br>   | Edit | Closed<br>(bidding was extended) | Info@bearsplaygrounds.com | $185.00<br>(bids: 1) |

| 0013 | | Assortment of Ladders by Werner<br>• Sales tax of 8.00% will be charged on this item _after_ the 10% buyers premium is added.<br>   | Edit | Closed<br>(bidding was extended) | Dmaxlb7 | $195.00<br>(bids: 1) |



| Lot # | Photo (Off) | Title | | Time Remaining | High Bidder | Current |
| --- | --- | --- | --- | --- | --- | --- |

| 0014 |  | Assortment of Ladders by Werner<br>• Sales tax of 8.00% will be charged on this item _after_ the 10% buyers premium is added.<br>    | Edit | Closed<br>(bidding was extended) | Info@bearsplaygrounds.com | $180.00<br>(bids: 1) |

| 0015 | | Assortment of Ladders by Werner<br>• Sales tax of 8.00% will be charged on this item _after_ the 10% buyers premium is added.<br>  | Edit | Closed<br>(bidding was extended) | CJ315 | $180.00<br>(bids: 2) |

| 0016 |  | Assortment of Ladders by Werner<br>• Sales tax of 8.00% will be charged on this item _after_ the 10% buyers premium is added.<br> | Edit | Closed<br>(bidding was extended) | Clairzimmerman | $150.00<br>(bids: 2) |



| 0017 | | Heavy Duty Ladder by Werner | Edit | Closed<br>(bidding was extended) | Loobysmoke | $195.00<br>(bids: 3 |
|---|---|---|---|---|---|---|

0017

**Heavy Duty Ladder by Werner** — Edit — Closed *(bidding was extended)* — Loobysmoke — $195.00 (bids: 3

- Sales tax of 8.00% will be charged on this item _after_ the 10% buyers premium is added.

0018

**18" Wood Band Saw by Grizzly with Mobile Base** — Edit — Closed — jkantak — $461.00 (bids: 4

- Tested & Working
- Sales tax of 8.00% will be charged on this item _after_ the 10% buyers premium is added.

| Lot # | Photo (Off) | Title | | Time Remaining | High Bidder | Current |
|---|---|---|---|---|---|---|

0019

**12" Left Tilting Table Saw by Grizzly** — Edit — Closed *(bidding was extended)* — ekpeachey — $775.00 (bids: 6

- Model G5959Z
- Sales tax of 8.00% will be charged on this item _after_ the 10% buyers premium is added.

0020

**Table Saw by General with Mobile Base** — Edit — Closed *(bidding was extended)* — Landryjf — $290.00 (bids: 4

- Sales tax of 8.00% will be charged on this item _after_ the 10% buyers premium is added.



0021

**10" Table Saw by SawStop** — Edit — Closed *(bidding was extended)* — Landryjf — $1,626.0 (bids: 4

- Includes Owner's Manual
- Sales tax of 8.00% will be charged on this item _after_ the 10% buyers premium is added.



| 0022 |  | 10" Hybrid Table Saw by Grizzly with Mobile Base | Edit | Closed | FSM15 | $676.0( |
| | | • Model G0771Z | | (bidding was extended) | | (bids: 3: |
| | | • Sales tax of 8.00% will be charged on this item after the 10% buyers premium is added. | | | | |
| | | Edit Close Group | | | | |
| | |  | | | | |

| 0030 |  | 8" x 72" 4-Knife Cutterhead Jointer with Mobile Base | Edit | Closed | Stingray102 | $510.0( |
| | | • Model G0656W | | | | (bids: 3- |
| | | • Sales tax of 8.00% will be charged on this item after the 10% buyers premium is added. | | | | |
| | | Edit Close Group | | | | |

| 0031 |  | 8" Jointer by Grizzly with Mobile Base | Edit | Closed | Voorhees farms | $510.0( |
| | | • Model G0656 | | | | (bids: 3( |
| | | • Sales tax of 8.00% will be charged on this item after the 10% buyers premium is added. | | | | |
| | | Edit Close Group | | | | |

| Lot # | Photo (Off) | Title | | Time Remaining | High Bidder | Current |
| 0032 |  | 17" Floor Mount Drill Press by Kutch | Edit | Closed | Loren Martin | $420.9! |
| | | • Tested & Working | | (bidding was extended) | | (bids: 3( |
| | | • Sales tax of 8.00% will be charged on this item after the 10% buyers premium is added. | | | | |
| | | Edit Close Group | | | | |

Page 1 of 8

Go to page [ 1 ▼ ]     Items per page [ 24 ▼ ]        Next Page        Sort by [ Default Sort ▼ ]    View as ☰ ☷

© 2020 McLemore Auction Company LLC
All rights reserved.
Firm 5241

ve Users: 1239

Site powered by AuctionMethod.com.