| Case No.: | 20-00855 | Trustee Name: | Michael Gigandet |
|---|---|---|---|
| Case Name: | RIVERWOOD CABINS, LLC | Date Filed (f) or Converted (c): | 02/10/2020 (f) |
| For the Period Ending: | 03/31/2023 | §341(a) Meeting Date: | 04/06/2020 |
| | | Claims Bar Date: | 06/24/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Franklin Synergy Bank Account checking 4773 | $796.84 | $0.00 | | $45,524.44 | FA |
| 2 | Security Deposit for Lebanon Lease | $29,755.73 | $0.00 | | $0.00 | FA |
| 3 | Accounts Receivable | $44,791.76 | $0.00 | | $0.00 | FA |
| 4 | Raw Materials | $104,395.61 | $53,567.55 | | $53,567.55 | FA |
| Asset Notes: | These proceeds include funds received for assets #5,6,7 and 8 | | | | | |
| 5 | Work in Progress | $5,282.00 | $5,282.00 | | $0.00 | FA |
| Asset Notes: | See gross proceeds asset #4 | | | | | |
| 6 | Finished good, including goods held for resale | $29,625.00 | $29,625.00 | | $0.00 | FA |
| Asset Notes: | See gross proceeds in asset #4 | | | | | |
| 7 | Office Furniture | $500.00 | $500.00 | | $0.00 | FA |
| Asset Notes: | See gross proceeds in asset #4 | | | | | |
| 8 | Tools | $94,850.00 | $94,850.00 | | $0.00 | FA |
| Asset Notes: | See gross proceeds in asset #4 | | | | | |
| 9 | Lease of improved real property at 704 Briskin Lane Lebanon, TX 37087 | Unknown | $0.00 | OA | $0.00 | FA |
| Asset Notes: | This asset ordered abandoned per Doc. No. 18 | | | | | |
| 10 | The Debtor has made inter-compny unsecured loans or advances to Woodtex, LLC (EIN 47-2480284: mailing address 1113 Mufreesboro road, Suite 106+338, Franklin TX 37064) and has received some cash transfers in return. the net amount due to the Debtor, if any, is undetermined and subject to an accounting and rights of setoff may apply | Unknown | $1.00 | | $0.00 | $1.00 |
| Asset Notes: | A minimal value has been assigned to this asset for administrative purposes only. | | | | | |
| 11 | Refunds (u) | $0.00 | $156.00 | | $690.00 | FA |
| 12 | Business name, trademarks, websites (u) | $0.00 | $5,000.00 | | $5,000.00 | FA |
| Asset Notes: | Sold to RTO Financial, LLC per order, Doc. 101 | | | | | |
| 13 | Proceeds from Insurance Claim (u) | $0.00 | $40,900.00 | | $40,900.02 | FA |
| 14 | Preferential Transfer Recovery v. Jan Corning | $21,562.27 | $21,562.27 | | $0.00 | FA |
| Asset Notes: | Subject of Adv. 22-90019 - See Doc. 113
Motion for Compromise/Settlement in exchange for waiver/withdrawal of Claim #13. See Order, Doc. 131 | | | | | |

| Case No.: | 20-00855 | | Trustee Name: | Michael Gigandet |
|---|---|---|---|---|
| Case Name: | RIVERWOOD CABINS, LLC | | Date Filed (f) or Converted (c): | 02/10/2020 (f) |
| For the Period Ending: | 03/31/2023 | | §341(a) Meeting Date: | 04/06/2020 |
| | | | Claims Bar Date: | 06/24/2020 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15 | Preferential Transfer Recovery v. Erie Materials, Inc. | $16,314.79 | $16,314.79 | | $8,687.23 | FA |
| Asset Notes: | Subject of Adv. 22-90020 - See Doc. 114  Motion for Compromise/Settlement in exchange for payment of $8,687.23.  See Order, Doc. 131 | | | | | |
| 16 | Preferential Transfer Recovery v. Paul Farmer | $39,807.63 | $39,807.63 | | $3,500.00 | FA |
| Asset Notes: | Subject of Adv. 22-90021 - See Doc. 115  Motion for Compromise/Settlement in exchange for payment of $3,500.  See Order, Doc. 144 | | | | | |
| 17 | Preferential Transfer Recovery v. Glenco, Inc. | $8,173.75 | $8,173.75 | | $8,173.75 | FA |
| Asset Notes: | Subject of Adv. 22-90022 - See Doc. 116 | | | | | |
| 18 | Preferential Transfer Recovery v. Michael McCarter | $128,077.28 | $128,077.28 | | $6,500.00 | FA |
| Asset Notes: | Subject of Adv. 22-90023 - See Doc. 117  Motion for Compromise/Settlement in exchange for payment of $6,500.00.  See Order, Doc. 144 | | | | | |
| 19 | Preferential Transfer Recovery v. Merchants Automotive Group, LLC | $27,500.00 | $27,500.00 | | $1,500.00 | FA |
| Asset Notes: | Subject of Adv. 22-90024 - See Doc. 118  Motion for Compromise/Settlement in exchange for payment of $1,500.00.  See Order, Doc. 131 | | | | | |
| 20 | Preferential Transfer Recovery v. Chad Shankle | $24,230.79 | $24,230.79 | | $0.00 | FA |
| Asset Notes: | Subject of Adv. 22-90025 - See Doc. 119 | | | | | |
| 21 | Preferential Transfer Recovery v. Significa Benefit Services, LLC | $14,915.54 | $14,915.54 | | $0.00 | FA |
| Asset Notes: | Subject of Adv. 22-90026 - See Doc. 120  Adversary dismissed with prejudice.  See Order, Doc. 131 | | | | | |
| 22 | Preferential Transfer Recovery v. Toyota Industries Commercial Finance, Inc. | $9,601.53 | $9,601.53 | | $0.00 | $9,601.53 |
| Asset Notes: | Subject of Adv. 22-90027 - See Doc. 121  Adversary dismissed with prejudice. See Order, Doc. 131 | | | | | |

**TOTALS (Excluding unknown value)**

| | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|
| $600,180.52 | $520,065.13 | | $174,042.99 | $9,602.53 |

**Major Activities affecting case closing:**

04/18/2023  Special counsel continues to work on resolving the remaining adversary proceedings. Some settlements have been reached. This is the last asset to be administered in this case.

| Case No.: | 20-00855 | | | Trustee Name: | Michael Gigandet |
| Case Name: | RIVERWOOD CABINS, LLC | | | Date Filed (f) or Converted (c): | 02/10/2020 (f) |
| For the Period Ending: | 03/31/2023 | | | §341(a) Meeting Date: | 04/06/2020 |
| | | | | Claims Bar Date: | 06/24/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | |
|---|---|
| 01/13/2023 | Received and reviewed lengthy report with recommendations on settlement or resolution from special counsel. |
| 12/06/2022 | Received status report from special counsel on adversary proceedings remaining to be resolved. |
| 11/08/2022 | Discussed status of transfer suits and collections with special counsel. |
| 10/04/2022 | Conference with special counsel on status of settlement discussions re: Kent Lapp |
| 07/28/2022 | Received report from special counsel on the transfer litigation as well as his communications with creditors via zoom. Also, he is following up on a witness-lead which may require further inquiry. |
| 05/04/2022 | Status report from special counsel on settlements of adversary proceedings and information on accountant issue |
| 03/28/2022 | Numerous adversary proceedings have been filed regarding transfers. |
| 06/01/2021 | Reviewed subpoenas to banks as part of special counsel's inquiry following exchange of e-mails last week. |
| 03/24/2021 | Received updated status report from special counsel on fraudulent transfer inquiry. |
| 02/09/2021 | Special counsel continues to review possible transfers. A special accountant is being employed to prepare the debtor's corporate tax returns to clarify and reduce priority tax debt to make more money available for unsecureds. |
| 11/10/2020 | telephone conference with auctioneer re remaining asset problems and status |
| 11/10/2020 | telephone conference with insurance adjustor regarding claim resolution |
| 10/28/2020 | Assets continue to be sold in this case. Special counsel is reviewing possible fraudulent transfers. Pursuant to a recent telephone conference with debtor's counsel, an accountant may be retained to reduce the tax claims and create more funds for the estate's unsecured creditors. |
| 06/24/2020 | Auctioning assets |
| 04/14/2020 | The trustee is working with a secured lender and an auctioneer to arrange for the sale of assets. The MOC is set for late April. |

**Initial Projected Date Of Final Report (TFR):** 12/31/2021  **Current Projected Date Of Final Report (TFR):** 07/31/2023

/s/ MICHAEL GIGANDET

MICHAEL GIGANDET