# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

In re: § Case No. 3:20-BK-00855
§
RIVERWOOD CABINS, LLC §
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $178,130.13
*and approved disbursements of*     $66,739.70
*leaving a balance on hand of[1]:*     $111,390.43

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 26 | Franklin Synergy Bank | $564,364.69 | $0.00 | $0.00 | $0.00 |
| 27 | Franklin Synergy Bank | $54,106.51 | $0.00 | $0.00 | $0.00 |
| 105 | Mark David Holloway | $67,867.00 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $111,390.43

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Michael Gigandet, Trustee Fees | $12,156.51 | $0.00 | $12,156.51 |
| Michael Gigandet, Trustee Expenses | $22.00 | $0.00 | $22.00 |
| MICHAEL GIGANDET, Attorney for Trustee | $4,220.00 | $4,220.00 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | | | |
|---|---:|---:|---:|
| Fees | | | |
| MICHAEL GIGANDET, Attorney for Trustee Expenses | $1,677.94 | $1,677.94 | $0.00 |
| Eric L. Jones, JSH Accounting & Tax Services, Accountant for Trustee Fees | $675.00 | $675.00 | $0.00 |
| McLemore Auction Company, LLC, Auctioneer for Trustee Fees | $8,243.20 | $8,243.20 | $0.00 |
| U.S. Bankruptcy Court Clerk, Clerk of the Court Costs | $3,512.00 | $3,512.00 | $0.00 |
| Thompson Burton PLLC, Attorney for Trustee Fees | $17,265.00 | $17,265.00 | $0.00 |
| Thompson Burton PLLC, Attorney for Trustee Expenses | $382.95 | $382.95 | $0.00 |
| McMurray, Fox & Associates, PLLC, Accountant for Trustee Fees | $1,725.00 | $1,725.00 | $0.00 |
| William Brown, Arbitrator/Mediator for Trustee Fees | $2,525.00 | $2,525.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses:     $12,178.51
Remaining balance:     $99,211.92

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $99,211.92

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $328,964.99 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 1-2 | Mark Julian and Deana Lehman | $3,025.00 | $0.00 | $574.29 |
| 2 | Michael Hennessy | $3,025.00 | $0.00 | $574.29 |
| 3-3 | Matt Mielke | $3,025.00 | $0.00 | $574.29 |
| 4 | Thomas Gruhn | $3,025.00 | $0.00 | $574.29 |
| 5 | Mays, Robert & Nancy Canoles | $3,025.00 | $0.00 | $574.29 |

**UST Form 101-7-NFR (10/1/2010)**
Case 3:20-bk-00855    Doc 187    Filed 01/04/24    Entered 01/04/24 15:13:56    Desc Main
Document     Page 2 of 9

| | | | | |
|---:|---|---:|---:|---:|
| 6 | Thomas Meckier | $3,025.00 | $0.00 | $574.29 |
| 7 | Robert J. Miester | $3,025.00 | $0.00 | $574.29 |
| 8 | Steve Waldron | $3,025.00 | $0.00 | $574.29 |
| 9-2 | Amy and Harry Braun | $3,025.00 | $0.00 | $574.29 |
| 11 | Joseph Andrew Prior (Andy) | $3,025.00 | $0.00 | $574.29 |
| 14 | Bryan Harrison | $3,025.00 | $0.00 | $574.29 |
| 15 | Jeremiah Herman Suchomel III | $3,025.00 | $0.00 | $574.29 |
| 16 | McGehee, Stuart | $3,025.00 | $0.00 | $574.29 |
| 17-2 | GEORGE & DEBORAH HAGL | $3,025.00 | $0.00 | $574.29 |
| 18 | LaGreca, Nicole | $3,025.00 | $0.00 | $574.29 |
| 19 | Nellis, Doug | $3,025.00 | $0.00 | $574.29 |
| 21-2 | Cristina Sandoval and Kevin Lafferty | $3,025.00 | $0.00 | $574.29 |
| 22 | David L. Swanson | $4,565.96 | $0.00 | $4,565.96 |
| 23 | Esther E. Swanson | $1,544.11 | $0.00 | $1,544.11 |
| 24 | GLENN SANDERS | $3,025.00 | $0.00 | $574.29 |
| 28 | Kristen Prodromou | $2,884.62 | $0.00 | $2,884.62 |
| 29 | Larry Doyle | $3,025.00 | $0.00 | $574.29 |
| 31 | Caleb Giovinazzo | $3,520.60 | $0.00 | $3,520.60 |
| 32 | Lawrence Martin | $3,925.43 | $0.00 | $3,925.43 |
| 33 | Mark Fitch | $3,025.00 | $0.00 | $574.29 |
| 35 | Dianne and Eugene Murphy | $3,025.00 | $0.00 | $574.29 |
| 38 | Gay Robles | $3,025.00 | $0.00 | $574.30 |
| 40 | GAY AND RON ROBLES | $3,025.00 | $0.00 | $574.30 |
| 41 | Nathan Mikel Lanning | $3,173.07 | $0.00 | $3,173.07 |
| 42 | Carol Pytleski | $2,703.90 | $0.00 | $2,703.90 |
| 43 | Tracy D Moore | $4,740.67 | $0.00 | $4,740.67 |
| 44 | Brian Fisher | $4,000.00 | $0.00 | $4,000.00 |
| 45 | Kenton Yoder | $1,346.15 | $0.00 | $1,346.15 |
| 48 | Warren, Kevin & Christina | $3,025.00 | $0.00 | $574.30 |
| 49 | Kyle M. Fitzpatrick | $2,500.00 | $0.00 | $2,500.00 |
| 50 | Charles Dailey | $3,802.25 | $0.00 | $3,802.25 |
| 54 | Bruce Dillon | $3,277.85 | $0.00 | $3,277.85 |
| 56 | Coalwell, Gilbert and Lisa | $3,025.00 | $0.00 | $574.29 |
| 58 | Chad Tenny | $3,025.00 | $0.00 | $574.29 |
| 59 | RAYMOND NAWARA | $3,025.00 | $0.00 | $574.30 |
| 60 | TIMOTHY J MAYNES | $3,666.10 | $0.00 | $3,666.10 |

| | | | | |
|---:|---|---:|---:|---:|
| 61 | Hibbs, Justin | $1,336.60 | $0.00 | $1,336.60 |
| 62 | Rickie Peters | $1,700.00 | $0.00 | $1,700.00 |
| 63 | Erro, Theresa | $3,025.00 | $0.00 | $574.30 |
| 64 | GLENDA VAUGHN | $3,025.00 | $0.00 | $574.30 |
| 65 | ZACHARY TENNY | $3,865.24 | $0.00 | $3,865.24 |
| 66 | JOSEPH MILLER JR | $2,951.98 | $0.00 | $2,951.98 |
| 67 | Gary Littell | $3,493.77 | $0.00 | $3,493.77 |
| 68 | Kenneth and Dawn Cangilla | $3,025.00 | $0.00 | $574.29 |
| 69 | Noe, Rob & Leah | $3,025.00 | $0.00 | $574.29 |
| 70-2 | Bobby Powell | $3,025.00 | $0.00 | $574.30 |
| 71-2 | Ann Powell | $3,025.00 | $0.00 | $574.30 |
| 75 | Trouse, Wayne & Kelly | $3,025.00 | $0.00 | $574.29 |
| 76 | Bush, Matt and Teresa (TC) | $3,025.00 | $0.00 | $574.29 |
| 78 | Gary W. Baughn | $3,025.00 | $0.00 | $574.29 |
| 80 | TREVOR MCFARLAND | $3,025.00 | $0.00 | $574.29 |
| 84 | MELINDA GREEN | $3,025.00 | $0.00 | $574.29 |
| 85 | THOMAS S HILD | $3,025.00 | $0.00 | $574.29 |
| 86 | CARMIN HUNTER SIEGERT | $3,025.00 | $0.00 | $574.29 |
| 87 | Keller, Ron and Mary Beth | $3,025.00 | $0.00 | $574.29 |
| 88 | Mientkiewicz, Jodi | $3,025.00 | $0.00 | $574.29 |
| 89 | DelDebbio, Joseph | $3,025.00 | $0.00 | $574.29 |
| 90 | Beaumont, John | $3,025.00 | $0.00 | $574.29 |
| 91-3 | JOHN AND PAM SCANLON | $3,025.00 | $0.00 | $574.29 |
| 93 | Khushru S. Dastoor Prema Robinson | $3,025.00 | $0.00 | $574.29 |
| 94 | Eugene Ward | $3,025.00 | $0.00 | $574.29 |
| 99 | Tennessee Department of Revenue | $20,371.04 | $0.00 | $0.00 |
| 100 | Catausan , Mike & Erica | $3,025.00 | $0.00 | $574.29 |
| 101 | Fenush, Matthew | $3,025.00 | $0.00 | $574.29 |
| 102 | Resch, Jerry and Janet | $3,025.00 | $0.00 | $574.29 |
| 103-2 | Terrance and Beth Gaucher | $3,025.00 | $0.00 | $574.29 |
| 105B | Mark David Holloway | $3,025.00 | $0.00 | $574.29 |
| 106 | Drop, Darren & Judith | $3,025.00 | $0.00 | $574.29 |
| 107 | New York State Dept of Tax and Fin | $62,718.09 | $0.00 | $0.00 |
| 108 | Jonathan E. Troyer | $3,025.00 | $0.00 | $574.29 |
| 109 | Brian M. and Tari R. Wood | $3,025.00 | $0.00 | $574.29 |
| 111 | Steve A Bott | $3,025.00 | $0.00 | $574.30 |
| 113-2 | New York State Dept of Tax and Fin | $750.00 | $0.00 | $0.00 |

| | | | | |
|---|---|---:|---:|---:|
| | Acct No EIN #81-1536230 Bankruptcy Section | | | |
| 114 | STATE OF NEW YORK DEPARTMENT OF LABOR | $11,699.27 | $0.00 | $0.00 |
| | INTERNAL REVENUE SERVICE Federal Unemployment (Employer) | $3,539.91 | $0.00 | $3,539.91 |
| | INTERNAL REVENUE SERVICE Medicare (Employer) | $855.49 | $0.00 | $855.49 |
| | INTERNAL REVENUE SERVICE Social Security (Employer) | $3,657.89 | $0.00 | $3,657.89 |

Total to be paid to priority claims: $99,211.92
Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $5,221,733.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1-2a | Mark Julian and Deana Lehman | $100,564.20 | $0.00 | $0.00 |
| 2a | Michael Hennessy | $80,320.50 | $0.00 | $0.00 |
| 3-3a | Matt Mielke | $111,580.00 | $0.00 | $0.00 |
| 4a | Thomas Gruhn | $43,550.00 | $0.00 | $0.00 |
| 5a | Mays, Robert & Nancy Canoles | $51,475.00 | $0.00 | $0.00 |
| 6a | Thomas Meckier | $125,518.00 | $0.00 | $0.00 |
| 7a | Robert J. Miester | $110,033.00 | $0.00 | $0.00 |
| 8a | Steve Waldron | $67,600.00 | $0.00 | $0.00 |
| 9-2a | Amy and Harry Braun | $111,280.00 | $0.00 | $0.00 |
| 10 | Conklin Web Properties, LLC | $6,250.00 | $0.00 | $0.00 |
| 11a | Joseph Andrew Prior (Andy) | $81,770.97 | $0.00 | $0.00 |
| 12 | Sylvans Woodworking LLC | $68,825.43 | $0.00 | $0.00 |
| 13a | Jan V. Corning | $0.00 | $0.00 | $0.00 |

| | | | | |
|---:|---|---:|---:|---:|
| 14a | Bryan Harrison | $94,231.00 | $0.00 | $0.00 |
| 15a | Jeremiah Herman Suchomel III | $1,975.00 | $0.00 | $0.00 |
| 16a | McGehee, Stuart | $66,975.00 | $0.00 | $0.00 |
| 17-2a | GEORGE & DEBORAH HAGL | $59,475.00 | $0.00 | $0.00 |
| 18a | LaGreca, Nicole | $94,603.78 | $0.00 | $0.00 |
| 19a | Nellis, Doug | $1,975.00 | $0.00 | $0.00 |
| 20 | Brandon Thompson | $2,612.96 | $0.00 | $0.00 |
| 21-2a | Sandoval, Christina | $197,418.65 | $0.00 | $0.00 |
| 24a | GLENN SANDERS | $105,015.00 | $0.00 | $0.00 |
| 25-2 | Mark and Marilyn Fitch | $0.00 | $0.00 | $0.00 |
| 29a | Larry Doyle | $124,975.00 | $0.00 | $0.00 |
| 30 | Riverwood Cabins, LLC | $0.00 | $0.00 | $0.00 |
| 33a | Mark Fitch | $48,175.00 | $0.00 | $0.00 |
| 34 | Tri-State Forest Products, Inc. | $16,553.56 | $0.00 | $0.00 |
| 35a | DIANNE AND EUGENE MURPHY | $51,975.00 | $0.00 | $0.00 |
| 36 | CALI BAMBOO LLC | $19,434.84 | $0.00 | $0.00 |
| 37a | Riverwood Cabins LLC | $0.00 | $0.00 | $0.00 |
| 38a | Gay Robles | $75,615.00 | $0.00 | $0.00 |
| 39-2a | Ron Robles | $0.00 | $0.00 | $0.00 |
| 40a | GAY AND RON ROBLES | $75,615.00 | $0.00 | $0.00 |
| 47 | Brandon Brace | $0.00 | $0.00 | $0.00 |
| 48a | Warren, Kevin & Christina | $99,247.50 | $0.00 | $0.00 |
| 52 | Johnson Lumber, LLC | $227,093.27 | $0.00 | $0.00 |
| 53 | Johnson Lumber LLC | $0.00 | $0.00 | $0.00 |
| 55 | Prells Sawmill, Inc | $1,890.48 | $0.00 | $0.00 |
| 56a | Coalwell, Gilbert and Lisa | $97,975.00 | $0.00 | $0.00 |
| 57 | Limar Inc. | $1,739.11 | $0.00 | $0.00 |
| 58a | Chad Tenny | $2,455.00 | $0.00 | $0.00 |
| 59a | RAYMOND NAWARA | $56,241.00 | $0.00 | $0.00 |
| 63a | Erro, Theresa | $1,975.00 | $0.00 | $0.00 |
| 64a | GLENDA VAUGHN | $84,043.00 | $0.00 | $0.00 |
| 68a | Kenneth and Dawn Cangilla | $84,183.00 | $0.00 | $0.00 |
| 69a | Noe, Rob & Leah | $41,718.00 | $0.00 | $0.00 |
| 72 | Bobby Powell and Ann Powell | $126,981.00 | $0.00 | $0.00 |
| 74 | Capital One Bank (USA), N.A. | $25,065.88 | $0.00 | $0.00 |
| 75a | Trouse, Wayne & Kelly | $58,640.00 | $0.00 | $0.00 |

| | | | | |
|---:|---|---:|---:|---:|
| 76a | Bush, Matt and Teresa (TC) | $89,133.00 | $0.00 | $0.00 |
| 77 | Piedmont Crane, Inc. | $6,388.47 | $0.00 | $0.00 |
| 78a | GARY W BAUGHN | $81,975.00 | $0.00 | $0.00 |
| 79 | Best Crane & Rigging, Inc. | $12,035.00 | $0.00 | $0.00 |
| 80a | TREVOR MCFARLAND | $1,975.00 | $0.00 | $0.00 |
| 81 | E.B. Martin Roofing | $45,454.25 | $0.00 | $0.00 |
| 82 | MOZELLA S ANDERSON | $0.00 | $0.00 | $0.00 |
| 83 | AMPERSAND BAY RESORT/MONTGOMERY COURT INC | $30,000.00 | $0.00 | $0.00 |
| 84a | MELINDA GREEN | $58,977.00 | $0.00 | $0.00 |
| 85a | THOMAS S HILD | $1,975.00 | $0.00 | $0.00 |
| 86a | CARMIN HUNTER SIEGERT | $16,975.00 | $0.00 | $0.00 |
| 87a | Keller, Ron and Mary Beth | $86,770.00 | $0.00 | $0.00 |
| 88a | Mientkiewicz, Jodi | $45,576.00 | $0.00 | $0.00 |
| 89a | DelDebbio, Joseph | $71,748.11 | $0.00 | $0.00 |
| 90a | Beaumont, John | $95,575.40 | $0.00 | $0.00 |
| 91-3a | JOHN AND PAM SCANLON | $70,488.00 | $0.00 | $0.00 |
| 92 | Total Quality Logistics, LLC | $12,350.00 | $0.00 | $0.00 |
| 93a | Khushru S. Dastoor Prema Robinson | $85,261.98 | $0.00 | $0.00 |
| 94a | ELGENE WARD | $56,975.00 | $0.00 | $0.00 |
| 95 | Bennett Truck Transport, LLC | $74,165.08 | $0.00 | $0.00 |
| 96 | Warden Capital TN Briskin, LLC | $404,677.93 | $0.00 | $0.00 |
| 97 | SouthernCarlson | $4,349.52 | $0.00 | $0.00 |
| 98 | MODERN HOME DISTR | $9,180.34 | $0.00 | $0.00 |
| 100a | Catausan, Mike & Erica | $67,906.00 | $0.00 | $0.00 |
| 101a | Fenush, Matthew | $128,338.50 | $0.00 | $0.00 |
| 102a | Resch, Jerry and Janet | $121,975.00 | $0.00 | $0.00 |
| 103-2a | Terrance and Beth Gaucher | $160,437.00 | $0.00 | $0.00 |
| 104 | Penn Yan Plumbing & Heating, Inc. | $66,916.34 | $0.00 | $0.00 |
| 105a | Mark David Holloway | $0.00 | $0.00 | $0.00 |
| 105C | Mark David Holloway | $74,842.00 | $0.00 | $0.00 |
| 106a | Drop, Darren & Judith | $56,307.61 | $0.00 | $0.00 |
| 108a | JONATHAN E TROYER | $67,975.00 | $0.00 | $0.00 |
| 109a | BRIAN M AND TARI R WOOD | $100,977.00 | $0.00 | $0.00 |
| 110-2 | Great American Insurance Group | $50,440.00 | $0.00 | $0.00 |
| 111a | Steve A Bott | $58,975.00 | $0.00 | $0.00 |

Total to be paid to timely general unsecured claims: $0.00
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $8,509.82 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 112 | Construction Steel Inc. | $8,509.82 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $10,514.81 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 99a | Tennessee Department of Revenue | $3,974.75 | $0.00 | $0.00 |
| 107a | New York State Dept of Tax and Fin | $6,540.06 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ Michael Gigandet

_____
Trustee

Michael Gigandet
208 Centre St.
Pleasant View, TN 37146

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.