Form npubstfr (12/13)

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### Case No. 3:20–bk–00855
**Chapter 7**

In re:

Riverwood Cabins, LLC
1113 Murfreesboro Road
Suite 106–338
Franklin, TN 37064–1306

Employer Tax ID / Other nos.:
 81–1536230

## NOTICE OF PUBLICATION OF SUMMARY OF TRUSTEE'S FINAL REPORT

    You are hereby notified that a Notice of Summary of Trustee's Final Report and Application for Compensation and Deadline to Object has been filed in the case referenced above. The deadline for objections and responses is contained in the published Notice.

    The Notice and its attached complete Summary of Trustee's Final Report and Application for Compensation and Deadline to Object may be viewed on and downloaded from the court's website at www.tnmb.uscourts.gov/summary-trustees-final-reports free of charge. If no electronic viewing means is available, you may request a free copy by calling the U.S. Bankruptcy Court at (615) 736–5584, or by writing to or visiting the Clerk's office located at 701 Broadway, Room 170, Nashville, Tennessee 37203.

Dated: 1/5/24

TERESA C. AZAN
Clerk, U.S. Bankruptcy Court

BY: /s/ jlm
Deputy Clerk